NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 17a0432n.06

No. 15-6076

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED**<br>Jul 24, 2017<br>DEBORAH S. HUNT, Clerk |
|  | ) |  |
| Plaintiff-Appellee, | ) |  |
|  | ) | ON APPEAL FROM THE |
| v. | ) | UNITED STATES DISTRICT |
|  | ) | COURT FOR THE EASTERN |
| DENNIS DEWAYNE PLEMONS | ) | DISTRICT OF TENNESSEE |
|  | ) |  |
| Defendant-Appellant. | ) |  |

Before: BATCHELDER and KETHLEDGE, Circuit Judges; LEVY, District Judge.[*]

KETHLEDGE, Circuit Judge. In 2014, Dennis Plemons pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). At sentencing, the district court found that Plemons had three prior convictions for violent felonies under the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e), which triggered a mandatory-minimum sentence of 15 years. One of those convictions was for Tennessee aggravated burglary, Tenn. Code Ann. § 39-14-403. At the time of Plemons's sentencing, that crime constituted a violent felony for purposes of the ACCA under our decision in *United States v. Nance*, 481 F.3d 882 (6th Cir. 2007). In *United States v. Stitt*, however, we overruled *Nance* and held that a conviction for Tennessee aggravated burglary is not a violent felony under the ACCA. --- F.3d ---, 2017 WL 2766326 (6th Cir. 2017) (en banc). Plemons's conviction for that offense therefore was not a

---

[*] The Honorable Judith E. Levy, United States District Judge for the Eastern District of Michigan, sitting by designation.

violent felony under the ACCA.  We vacate Plemons's sentence and remand for proceedings consistent with this opinion.